# Court of Appeals
# of the State of Georgia

ATLANTA,___August 12, 2015___

*The Court of Appeals hereby passes the following order:*

**A15A2237.  DARREN D. RIGGS v. THE STATE.**

Darren D. Riggs – through counsel – filed a motion to release evidence in connection with habeas corpus proceedings. Riggs filed a pro se notice of appeal purporting to appeal the trial court's ruling denying release of the evidence.[1]  The appeal was transmitted to this Court. The Supreme Court, however, has appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4).  This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___08/12/2015___*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] The notice of appeal pre-dates an order of the trial court granting the motion to release evidence.